Joel Mithers (argued), Los Angeles, Cal., for appellee.

Sulmeyer, Kupetz & Alberts, Los Angeles, Cal., for amicus curiae.

Before BARNES, KOELSCH, and ELY, Circuit Judges.

PER CURIAM:

The Order of the District Court, D.C. Cal., 343 F.Supp. 498, is reversed and the cause remanded for disposition in line with our opinion In the Matters of Clyde R. James and Michael W. Cedor, 470 F.2d 996 (9th Cir. 1972).

Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GODBOLD, DYER, SIMPSON, MORGAN, CLARK, INGRAHAM and RONEY, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc.

It is ordered that the cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk shall set a briefing schedule for the filing of supplemental briefs.

---

Ralph H. LITTLEJOHN, Jr., Plaintiff-Appellant,

v.

SHELL OIL COMPANY et al., Defendants-Appellees.

No. 71-2090.

United States Court of Appeals, Fifth Circuit.

Jan. 2, 1973.

Jay M. Vogelson, Dallas, Tex., Thomas R. Hartnett, III, Irving, Tex., for plaintiff-appellant.

William Simon, Washington, D. C., Donald L. Case, Dallas, Tex., for Shell Oil Co.

James C. Hamill, Oklahoma City, Okl., for Sooner Oil.

Khent H. Rowton, Dallas, Tex., for American Oil Co.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

Opinion March 22, 1972, 5 Cir., 1972, 456 F.2d 225.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

RENMUTH, INC., Respondent, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), Intervenor.

Nos. 72-1445, 72-1579.

United States Court of Appeals, Sixth Circuit.

Argued Dec. 1, 1972.

Decided Dec. 6, 1972.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Peter G. Nash, Patrick Hardin, Robert G. Sewell, N. L. R. B., Washington, D. C., Jerome H. Brooks, Director, Region 7, N. L. R. B., Detroit, Mich., for petitioner.

Ralph H. Richardson, Detroit, Mich., for respondent.

Stephen I. Schlossberg, John A. Fillion, Edwin G. Fabre, Detroit, Mich., for intervenor.